| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jenkins, Elizabeth A. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>7/21/2017 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>801 N. Fla. Ave., Ste. 1132<br>Tampa, Florida 33602 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust I |
| 2. | Trustee | Trust II |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 7/21/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | monthly | State of Florida, wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HTC, Ltd. (H) | | | | | | | | | |
| 2. - Real Estate, | E | Rent | M | T | | | | | |
| 3. Real Estate, | | None | N | T | | | | | |
| 4. Real Estate, | | None | M | T | | | | | |
| 5. Real Estate, | | None | M | T | | | | | |
| 6. Wachovia Mon. Mkt. Acct | A | Interest | J | W | | | | | |
| 7. IRA #1 | C | Int./Div. | M | T | | | | | |
| 8. -Art. Int. Fund | A | Int./Div. | K | T | | | | | |
| 9. -Julius Baer Int. Fund | A | Int./Div. | K | T | | | | | |
| 10. -Art Mid-Cap Fund | A | Int./Div. | K | T | | | | | |
| 11. -Schwab Premier Equity Fund | A | Int./Div. | K | T | | | | | |
| 12. Vanguard Star Fund | A | Int./Div. | | | Sold | 07/13/16 | J | | |
| 13. Bank of America acct | A | Interest | L | T | | | | | |
| 14. Schwab Adv. Mon. Mkt Fund | A | Interest | L | T | | | | | |
| 15. Vanguard Primecap Fund | D | Int./Div. | N | T | | | | | |
| 16. Schwab 1000 Fund | A | Int./Div. | J | T | | | | | |
| 17. Baron Asset Fund | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Grw. Index Fund | A | Int./Div. | J | T | | | | | |
| 19. Vanguard Cap. Opp. Fund | B | Interest | L | T | | | | | |
| 20. Vanguard Inter-Term Tax-Exempt Fund | A | Interest | K | T | | | | | |
| 21. Vanguard Int Grw Fund | A | Int./Div. | | | Sold | 12/29/16 | K | | |
| 22. Vanguard Mid-Cap Grw Index Fund | A | Int./Div. | L | T | | | | | |
| 23. | | | L | T | | | | | |
| 24. Vanguard Total Int Stock Index Fund | A | Int./Div. | | | Sold | 12/29/16 | K | | |
| 25. | | | | | | | | | |
| 26. Vanguard Global Equity Fund | A | Int./Div. | | | Sold | 07/13/16 | J | | |
| 27. Vanguard Dividend Growth Fund | A | Int./Div. | M | T | Buy (add'l) | 01/19/16 | J | | |
| 28. Vanguard Growth/Income Fund | A | Int./Div. | K | T | | | | | |
| 29. Berkshire Hathaway B stk | A | Dividend | M | T | Buy (add'l) | 01/15/16 | J | | |
| 30. Real Estate, Macon County, North Carolina | | None | K | W | | | | | |
| 31. Baygulf FCU acc't | A | Interest | L | T | | | | | |
| 32. T. Rowe Price Mid-Cap Fund | A | Int./Div. | J | T | | | | | |
| 33. Vanguard Treasury Mon. Mkt. Fund | B | Interest | L | T | Buy (add'l) | 07/13/16 | K | | |
| 34. Vanguard Short Term Fed. Fund. Inv. | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 7/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Contrarian Fund | A | Int./Div. | J | T | | | | | |
| 36. Vanguard Tx-Exempt Mon. Mkt Fund | A | Interest | K | T | Buy (add'l) | 12/30/16 | K | | See Part VIII |
| 37. Vanguard Sp. Health Fund | C | Int./Div. | L | T | | | | | |
| 38. Adobe Com Stk. | A | Dividend | K | T | | | | | |
| 39. Cisco Com. Stk. | A | Dividend | J | U | | | | | |
| 40. T. Rowe Price Em. Mkt. Fund | A | Dividend | J | T | | | | | |
| 41. FBR Small Cap Fund | A | Int./Div. | J | T | | | | | |
| 42. Janus Grw. Inc. Fund | A | Int./Div. | J | T | | | | | |
| 43. Janus Global Life Science Fund | A | Int./Div. | | | Sold | 12/30/16 | K | D | |
| 44. Glenmede Lge Cap Gr Fund | A | Int./Div. | J | T | | | | | |
| 45. Janus Venture Fund | A | Int./Div. | | | Sold | 12/30/16 | K | A | |
| 46. Matthews India Fund | A | Int./Div. | | | Sold | 12/30/16 | K | B | |
| 47. Trust I: | B | Int./Div. | L | T | | | | | |
| 48. -Merrill Lynch CMA Mon. Mkt. | A | Interest | J | T | Buy (add'l) | 06/16/16 | J | | |
| 49. -First Eagle Global Fund | A | Int./Div. | K | T | | | | | |
| 50. -Intrepid Cap Fund | A | Int./Div. | J | T | | | | | |
| 51. -Yacktman Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 7/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Virtus Premium Alpha Sector Fund Cl I | A | Int./Div. | | | Sold | 06/16/16 | J | | |
| 53. -Gotham Absolute Return Fund | A | Int./Div. | | | Sold | 06/16/16 | J | | |
| 54. IRA #2: | E | Int./Div. | O | T | | | | | |
| 55. -T. Rowe Price Mid-Cap Fund | A | Int./Div. | J | T | | | | | |
| 56. -Vanguard Mid-Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 57. -Fed. Mid-Cap. Fund | A | Int./Div. | J | T | | | | | |
| 58. -J.P. Morgan Mid-Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 59. -FRS Lge. Cap. Fund | A | Int./Div. | J | T | | | | | |
| 60. -American New Perspective Fund | A | Int./Div. | J | T | | | | | |
| 61. -Ford Motor Co. Com. Stk. | A | Dividend | J | T | | | | | |
| 62. -New York Mtg. Trst. REIT | A | Int./Div. | J | T | | | | | |
| 63. -U.S. Lg Cap Stk Fund | A | Int./Div. | J | T | | | | | |
| 64. -Fidelity Contra Fund | A | Int./Div. | J | T | | | | | |
| 65. -Schwab U.S. Lg. Index | A | Int./Div. | J | T | | | | | |
| 66. -Vanguard Primecap Odyssey Fund | A | Int./Div. | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. -Matthews India Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 7/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Haliburton common stock | A | Dividend | J | T | | | | | |
| 70. -Janus Intech U.S. Value Fund | A | Int./Div. | K | T | | | | | |
| 71. -Vanguard Strategic Eqt Fund | A | Int./Div. | J | T | | | | | |
| 72. -Burnham Fin. Serv. Fund | A | Int./Div. | J | T | | | | | |
| 73. -Navios Maritime Partners stk | A | Int./Div. | J | T | | | | | |
| 74. -Glenmede Lg Cap Gr Fund | A | Int./Div. | J | T | | | | | |
| 75. -FMI Int Fund | A | Int./Div. | J | T | | | | | |
| 76. -Janus Venture Fund | A | Int./Div. | | | Sold | 12/30/16 | K | A | |
| 77. -Vanguard REIT Index Fund | A | Int./Div. | J | T | | | | | |
| 78. -Cohen/Steers Realty Fund | A | Int./Div. | J | T | | | | | |
| 79. -Am. Century Utility Fund | A | Int./Div. | J | T | Buy | 06/27/16 | J | | |
| 80. -Apple stock | A | Dividend | J | T | Buy | 01/18/16 | J | | |
| 81. Sch. Sm. Cap. Equity Fund | A | Int./Div. | J | T | | | | | |
| 82. ING Corp. Leaders Trst. Fund | A | Int./Div. | J | T | | | | | |
| 83. Hennessey Mid-Cap Value Fund | A | Int./Div. | K | T | | | | | |
| 84. Glenmede Lg Cap Gr Fund | A | Int./Div. | K | T | | | | | |
| 85. Trust II: | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 7/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Real Estate ▓▓▓▓ | | | | | Sold | 12/23/16 | K | | ▓▓▓▓ |
| 87.   -ML Bk Deposit | A | Interest | J | T | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 7/21/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

!. In the 2015 FDR, an asset was incorrectly dentified in error as "Vanguard Muni Int Fund" on page 12 of Part VII. and listed separately in error  That is the same asset as listed on page 6 of the 2016 FDR Part VII and also the same asset listed on page 6 Part VII of the 2015 FDR ("Vanguard Tx- Exempt Mon Mkt Fund). The information required by Columns B, C, and D have been adjusted accordingly.

2. In the 2015 FDR, an asset described at Part VII, line 82, Oakmark Global Fund, was a duplicate entry.  As shown on line 80 of that report, the asset was sold in 2015.

3. In the 2015 FDR, an asset described at Part VII, ias Janus Global Life Sciences Fund was incorrectly listed twice.  It is listed only once in the 2016 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 7/21/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Jenkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544